IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02576-BNB

JOSEPH CHRISTOPHER IPPOLITO,

    Applicant,

v.

STATE OF COLORADO: DEPARTMENT OF CORRECTIONS/DIVISION OF ADULT
    PAROLE,
JOHN W. HICKENLOOPER, Governor,
RICK RAEMISCH, Executive Director (DOC),
WALT PESTERFIELD, Director of Adult Parole, Colorado Department of Corrections,
    and
JOHN AND JANE DOES, et al., X-XL, 1-100,

    Respondents.

## ORDER CLOSING CASE

On September 17, 2014, the Applicant, Joseph Christopher Ippolito, submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) together with a "Motion for Writ of Mandamus" (ECF No. 3) and a "Proof of Exhaustion Requirement Pursuant to 2254(B)(1)" (ECF No. 4). The documents should have been filed in *Ippolito v. Theodore Mink,* Civil Action No. 14-cv-01566-BNB. Accordingly, it is

    ORDERED that this case is CLOSED. It is

    FURTHER ORDERED that the documents filed in this action shall be filed in Civil Action No. 14-cv-01566-BNB. It is

FURTHER ORDERED that the clerk of the Court is directed to close this case.

DATED September 18, 2014, at Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court